IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DEBRA JOYCE WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:19-cv-363 (MTT) |
| | ) |
| Judge DAVID L. MINCEY, III, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court granted Plaintiff Debra Joyce Wilson's motion to proceed in forma pauperis ("IFP") and dismissed her complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B). Doc. 4. After the entry of judgment, Wilson moved for an extension of time to file a brief arguing for an injunction, for leave to exceed the page limits in that brief, and to approve her entry of an exhibit into the record. Docs. 6; 7. However, as the Court noted in its screening order, Wilson's complaint was without merit and failed to state a claim. The Court already denied relief on all claims, so a motion for an injunction would be inappropriate. Further, to the extent her two post-judgment motions could be construed as motions for reconsideration, Wilson has not identified any grounds for reconsidering the Court's prior order. *See* Fed. R. Civ. P. 59(3), 60(b); *see also* L.R. 7.6.

Further, approximately three months after the Court's entry of judgment, Wilson filed a second lawsuit based on substantially the same transactions and occurrences as this one. Any new arguments or allegations brought by Wilson were adequately

addressed in the Court's Order dismissing that lawsuit for frivolity. *See Wilson v. Mincey et al.*, 5:19-cv-492, Doc. 11.

Accordingly, Wilson's motion for extension of time and leave to exceed the page count (Doc. 6) and motion to approve admittance of exhibit (Doc. 7) are **DENIED**.

**SO ORDERED**, this 18th day of March, 2020.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT